UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT LUCAS WOODWARD,<br><br>Petitioner,<br><br>v.<br><br>JASON BENNETT,<br><br>Respondent. | CASE NO. 3:24-cv-05540-JHC<br><br>ORDER |

Before the Court are Petitioner's Motions for Relief from Judgment at Dkt. # 7 and Dkt. # 8. Both are meritless, form, fill-in-the-blank style motions under Federal Rule of Civil Procedure 60(b)(4).

The motion at Dkt. # 7 says that the Court failed to conduct a de novo review of "Petitioner's REQUEST FOR CERTIFICATION." Presumably, the motion is referring to the denial of a certificate of appealability. But Petitioner failed to object to the Report and Recommendation (R&R), Dkt. # 4, which recommends that the Court deny such a certificate. And in any event, the Court did review the issue de novo.

The motion at Dkt. # 8 says that the Court failed to conduct a de novo review of "Petitioner's MOTION FOR STAND-BY COUNSEL." But the R&R (to which Petitioner did

ORDER - 1

not object), the order adopting it, Dkt. # 5, and the judgment thereon, Dkt. # 6, have nothing to do with any such motion.

In light of the foregoing, the Court DENIES both motions. And if Petitioner files another patently meritless, form, fill-in-the-blank style motion, the Court may enter a Notice of Intent to Enter Bar Order Against Vexatious Litigation, which order would restrict Petitioner in this litigation.

Dated this 31st day of December, 2024.

John H. Chun
United States District Judge

ORDER - 2